# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically: June 1, 2007

| | |
|---|---|
| 1[ST] HOME LIQUIDATING TRUST, ROGER P. KAVANAGH, JR., EVERETTE E. MILLS, III and WILLIAM E. STONE, Plaintiffs, | No. 95-250C |
| v. | (Senior Judge Loren A. Smith) |
| THE UNITED STATES, Defendant. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiffs 1st Home Liquidating Trust ("1st Home Trust") and Roger P. Kavanagh, Jr., Everette E. Mills, III and William E. Stone (the "Trustees"), (collectively, "Plaintiffs"), respectfully request an enlargement of time of forty-five (45) days, to and including July 26, 2007, within which to file an amended complaint pursuant to this Court's Opinion and Order dated May 11, 2007 ("May 11 Opinion"). Plaintiffs' amended complaint is currently due on June 11, 2007. Plaintiffs have not previously requested an enlargement of time for this purpose. Counsel for defendant, the United States, has represented that defendant does not oppose this motion.

On May 11, 2007, this Court granted Plaintiffs' Motion for Summary Judgment as to Liability and Money-Back Restitution and denied the government's Cross-Motion for Summary Judgment, ordering the government to return to the original investors in the conversion of 1[st] Home Federal Savings and Loan Association of the Carolinas ("1[st]

Home Federal") or their legal successors in interest their original investment of $32.5 million, without any offsets. May 11 Opinion at 16. The Court also held that the original investors in 1st Home Federal or their legal successors in interest had standing to recover money-back restitution. However, because the original investors had not been named as party-plaintiffs, the Court granted Plaintiffs leave to amend their complaint within 30 days from the date of its opinion, *i.e.*, until June 11, 2007, to include the original investors or their legal successors in interest as named plaintiffs. *Id.* at 14-15, 16.

Upon receiving the Court's May 11 Opinion, counsel for Plaintiffs has been working expeditiously to identify and notify the original investors and, where applicable, any successors in interest of the Court's decision and obtain their consents to be named as individual plaintiffs to this suit. This task, however, is taking longer than Plaintiffs anticipated. Additional time is therefore needed by Plaintiffs to conform with the Court's directive and ensure that the proper individual investors are named in the amended complaint before it is filed and judgment is entered.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

Dated: June 1, 2007

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751

Counsel for Plaintiffs
1st Home Liquidating Trust,
Roger P. Kavanagh, Jr.,
Everette E. Mills, III and
William E. Stone