**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Filed Electronically: July 20, 2007

| | | |
|---|---|---|
| 1ST HOME LIQUIDATING TRUST,<br>ROGER P. KAVANAGH, JR.,<br>EVERETTE E. MILLS, III<br>and WILLIAM E. STONE,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 95-250C<br><br>(Senior Judge Loren A. Smith) |

PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
AND PLAINTIFFS' STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiffs 1st Home Liquidating Trust ("1st Home Trust") and Everette E. Mills, III and William E. Stone (the "Trustees"), (collectively, "Plaintiffs")[1], respectfully request an enlargement of time of twenty-one (21) days, to and including August 16, 2007, within which to file an amended complaint pursuant to this Court's Opinion and Order dated May 11, 2007 ("May 11 Opinion"). Plaintiffs' amended complaint is currently due July 26, 2007, as a result of Plaintiffs' first enlargement request which the Court granted by Order dated June 4, 2007. This is Plaintiffs' second request for an enlargement of time to file an amended complaint. For the reasons set forth below, this enlargement is appropriate and should be granted, and Plaintiffs do not anticipate a need for a further enlargement. Counsel (David Levitt) for defendant, the United States, has represented that defendant does not oppose this motion.

[1] Named plaintiff Roger P. Kavanagh, Jr. is deceased.

On May 11, 2007, this Court granted Plaintiffs' Motion for Summary Judgment as to Liability and Money-Back Restitution and denied the government's Cross-Motion for Summary Judgment, ordering the government to return to the original investors in the conversion of 1st Home Federal Savings and Loan Association of the Carolinas ("1st Home Federal") or their legal successors in interest their original investment aggregating $32.5 million, without any offsets. May 11 Opinion at 16. The Court also held that the original investors in 1st Home Federal or their legal successors in interest had standing to recover money-back restitution. However, because the original investors had not been named as party-plaintiffs, the Court granted Plaintiffs leave to amend their complaint within 30 days from the date of its opinion, *i.e.*, until June 11, 2007, to include the original investors or their legal successors in interest as named plaintiffs. *Id.* at 14-15, 16. That due date was enlarged to July 26 by the Court's June 4 Order.

As Plaintiffs reported in their first motion for enlargement of time, since receiving the Court's May 11 Opinion Plaintiff Trustees and their undersigned counsel have been working diligently to identify and notify the original investors and, where applicable, any successors in interest of the Court's decision and obtain their consents to be named as individual plaintiffs to this suit. This task has taken longer than Plaintiffs and their counsel anticipated. However, Plaintiffs have made very substantial progress and now anticipate being able to file an amended complaint and an accompanying motion for judgment by August 16.

The Trustees mailed information packages to, and solicited contact and other relevant information from, all Trust beneficiaries at their last known address. The Trustees have received more than 100 responses from Trust beneficiaries, and from those responses have been able to identify the great majority of Trust beneficiaries who

are original investors or legal successors in interest. The additional time requested here will allow the Trustees to take additional steps to try to track down outstanding information about some Trust beneficiaries so that Plaintiffs' can file the most complete amended complaint possible without unduly delaying entry of judgment in favor of appropriate original investors and their successors in interest.

Plaintiffs also wish to advise the Court that on July 12, 2007 their undersigned counsel met with the government's counsel, Mr. Levitt, to discuss a number of issues pertaining to both 1) the amended complaint the Court has authorized Plaintiffs to file, and the identities of the original investors and their legal successors in interest who will be named as plaintiffs in the amended complaint, and 2) the course of subsequent proceedings in this case. Plaintiffs believe that discussion will contribute to the smooth and efficient resolution of outstanding issues in this case.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their unopposed motion for an enlargement of time.

Respectfully submitted,

Dated: July 20, 2007

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751

Counsel for Plaintiffs
1st Home Liquidating Trust,
Roger P. Kavanagh, Jr.,
Everette E. Mills, III and
William E. Stone