# In the United States Court of Federal Claims

| | | |
|---|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., | * | |
| *Plaintiffs*, | * | No. 95-250 C |
| v. | * | Filed: July 20, 2007 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant*. | * | |

**ORDER**

The Court hereby GRANTS Plaintiffs' Unopposed Motion for an Enlargement of Time. Plaintiffs' Amended Complaint shall be filed and served on or before August 16, 2007. The Court shall schedule a telephone status conference after the Amended Complaint is filed.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge