# In the United States Court of Federal Claims

| | | |
|---|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., *Plaintiffs*, | * | No. 95-250 C |
| v. | * | Filed: September 12, 2007 |
| THE UNITED STATES, *Defendant*. | * | Senior Judge Smith |

## ORDER

The Court hereby GRANTS Plaintiffs' Unopposed Motion for an Enlargement of Time. Plaintiffs' reply to the Government's response to Plaintiffs' Motion for Entry of Partial Judgment under Rule 54(b) shall be filed and served on or before September 19, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge