# In the United States Court of Federal Claims

| | | |
|---|---|---|
| 1[ST] HOME LIQUIDATING TRUST, et al., | * | |
| *Plaintiffs,* | * | No. 95-250 C |
| v. | * | Filed: October 3, 2007 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant.* | * | |

## ORDER

The Court hereby **DENIES** Defendant's Motion for Reconsideration. The Court will contact the parties to set up a telephone status conference to discuss the remaining issues in this litigation.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge