# In the United States Court of Federal Claims

| | | |
|---|---|---|
| 1[ST] HOME LIQUIDATING TRUST, et al., | | |
| *Plaintiffs*, | | No. 95-250 C |
| v. | | Filed: November 15, 2007 |
| THE UNITED STATES, | | Senior Judge Smith |
| *Defendant*. | | |

## ORDER

Pursuant to the telephone status conference held on November 14, 2007, the Court hereby **GRANTS** the Plaintiffs' Motion to File a Second Amended Complaint. The Second Amended Complaint shall be filed and served within 10 days. The Plaintiffs shall also file a wordperfect copy by email to Laura_Palguta@ao.uscourts.gov. After the Second Amended Complaint has been filed, the Court shall rule on Plaintiffs and Defendant's Motions for Entry of Judgment.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge