**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Filed Electronically: November 30, 2007

| | |
|---|---|
| 1[ST] HOME LIQUIDATING TRUST, et al.<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 95-250C<br>(Senior Judge Loren A. Smith) |

NOTICE OF FILING OF SECOND AMENDED COMPLAINT
AND
RENEWED MOTION FOR ENTRY OF PARTIAL JUDGMENT UNDER RULE 54(b)

Plaintiffs 1[st] Home Liquidating Trust and its Trustees hereby (1) give notice that a Second Amended Complaint naming two additional Plaintiffs and updating name changes and typographical errors as discussed at the Status Conference on November 14, 2007 has been filed today, in accordance with the Court's Order of November 15, 2007; and (2) move the Court to enter partial final judgment, pursuant to Court of Federal Claims Rule 54(b) and for the reasons set forth in Plaintiffs' August 16, 2007 motion for judgment, on Counts I, II and III of the Second Amended Complaint. As noted in the Court's Order of November 15, 2007, the only remaining issue is for the Court to rule on Plaintiffs' and Defendant's Motions for Entry of Judgment – *i.e.*, to either grant Plaintiffs' request for partial final judgment under Rule 54 (b) or grant Defendant's request for compete final judgment.

In either case, the parties are in agreement regarding to whom and in what amounts judgment should be entered. Specifically, undersigned counsel has conferred with counsel for the United States, David Levitt, and based on that discussion the undersigned is authorized to state that the government does not object to the entry of final judgment at this time with respect to those plaintiffs, and in the respective corresponding amounts of restitution, listed in the Second Amended Complaint as standing exists with respect to such plaintiffs under the Court's May 11th opinion and order. For the Court's convenience, attached hereto as Attachment A is a separate listing of all those plaintiffs and the respective corresponding amounts of restitution. As requested in the November 15, Order, a copy of the Second Amended Complaint and of Attachment A hereto are being delivered by email to Laura_Palguta@ao.uscourts.gov.

The Plaintiffs, therefore, request entry of partial final judgment for the Plaintiffs listed in Counts I, II, and III, of the Second Amended Complaint.

Respectfully submitted,

November 30, 2007

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751

Counsel of Record for
1st Home Liquidating Trust,
William E. Stone and
Everette E. Mills, III