# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., | * | |
| *Plaintiffs,* | * | No. 95-250 C |
| v. | * | Filed: December 7, 2007 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED ORDER**[1]

Pursuant to Plaintiffs' Notice of Filing of Second Amended Complaint and Renewed Motion for Entry of Partial Judgement Under Rule 54(b), and with the Government's consent, the Court hereby enters final judgment at this time to with respect to the parties and amounts listed below.

| **Name** | **Amount of Restitution** |
|---|---|
| Susan T. & E. S. Melvin | $200,000.00 |
| Dee Smith and Jeanine M. Smith | $200,000.00 |
| Rodney E. Austin | $30,000.00 |
| Murray C. Greason, Jr. | $15,000.00 |
| LasaHane Investments | $200,000.00 |
| Albert S. Lineberry, Sr. | $100,000.00 |
| Mrs. Clarence B. Jones | $70,000.00 |
| James B. Millikan | $30,000.00 |
| James C. Ratcliff | $10,000.00 |
| Jule C. Spach | $10,000.00 |
| Louis C. Stephens, Jr. and Mary Adams Stephens | $100,000.00 |
| Henry V. Cunningham, Jr. and Sarah B. Cunningham | $75,000.00 |
| Marvin L. Ferrel Jr. | $35,000.00 |
| William C. Fitzgerald, III and Carolyn N. Fitzgerald | $250.00 |

[1] Parties in Count III were inadvertently left off and are the individuals that are double spaced.

| | |
|---|---|
| Robert L. Kitterman | $25,000.00 |
| James E. Mims | $30,000.00 |
| James E. Mims, James E. Mims IRA via MLPF&S, Cust. | $70,000.00 |
| Erline K. Mize and William R. Mize, Sr. | $20,000.00 |
| Thomas G. Nisbet, Jr. | $2,000.00 |
| Charles P. Robinson | $10,000.00 |
| William E. Stone | $5,000.00 |
| Larry J.A. Thompson | $75,000.00 |
| Brown Technology Associates, L.P. | $138,000.00 |
| Joseph M. Bryan, Jr. | $500,000.00 |
| Lester R. Burnette | $250,000.00 |
| John W. Davis, III | $25,000.00 |
| David R. Parker R-IRA via DB Securities Inc., Cust. | $50,000.00 |
| Manuel V. Fernandez and Alma J. Fernandez | $750,000.00 |
| Charles T. Hagan III, Trustee | $50,000.00 |
| Michael W. Haley | $250,000.00 |
| H. Curte Hege, Sr. | $250,000.00 |
| James E. Holmes, Jr. | $100,000.00 |
| Investors Management Corporation | $500,000.00 |
| National Investors | $300,000.00 |
| Dan R. Thomason, Jr. | $1,000,000.00 |
| Elizabeth L. Winn | $25,000.00 |
| James J. Winn, Jr. | $25,000.00 |
| Young Phillips Employee Profit Sharing Plan | $250,000.00 |
| F. James Becher, Jr. | $40,000.00 |
| Carolina Hosiery Mills, Inc. Employees Profit Sharing Trust | $250,000.00 |
| George E. Carr, Jr. | $5,000.00 |
| Avery Chope | $5,000.00 |
| Alan D. Cohn | $50,000.00 |
| JoAnn Davis | $500,000.00 |
| Hyatt Hammond and Bonnie B. Hammond | $100,000.00 |
| Richard T. Howard | $100,000.00 |
| Robert G. Kelley | $5,000.00 |
| Andrew D. Klingenstein, John Klingenstein, and Stanley W. Morten, Trustees u/a dtd. 11/6/1979 f/b/o Andrew D. Klingenstein | $100,000.00 |
| Frederick A. Klingenstein | $300,000.00 |
| John Klingenstein | $300,000.00 |
| Patricia D. Klingenstein | $100,000.00 |
| Sarah D. Klingenstein, John Klingenstein, and Frederick A. Klingenstein, Trustees u/a dtd. 7/1/1985 f/b/o Sarah D. Klingenstein | $100,000.00 |
| Sharon L. Klingenstein | $100,000.00 |
| Thomas D. Klingenstein | $350,000.00 |
| Maurice J. Koury | $150,000.00 |

| | |
|---|---|
| Robert C. Lock | $500,000.00 |
| Roy Maness | $5,000.00 |
| McMillion/Eubanks, Inc. | $200,000.00 |
| McMillion/Eubanks, Inc. Employee Profit-Sharing Plan | $50,000.00 |
| Madeline J. Mills, Custodian for Clarence Blake Mills | $12,500.00 |
| Madeline J. Mills, Custodian for William Everette Mills | $12,500.00 |
| Everette E. Mills, III | $50,000.00 |
| William G. Moore | $10,000.00 |
| Okabena Partnership V-4 | $400,000.00 |
| Chester T. Nuttall Jr. | $450,000.00 |
| William G. Pannill | $1,000,000.00 |
| William L. Pannill | $500,000.00 |
| Queen Realty Company | $50,000.00 |
| Ovide E. de St. Aubin, Trustee of Trust #2 | $1,475,000.00 |
| Under Article 7 u/w/o Ovide de St. Aubin, Jr. dtd. 10/21/1966 | |
| M. Willard Tucker | $5,000.00 |
| Sit Investment Associates, Inc. | $200,000.00 |
| H. Michael Weaver | $300,000.00 |
| RTP Limited Partnership | $1,500,000.00 |

**TOTAL RESTITUTION FOR COUNT I PLAINTIFFS: $15,050,250.00**

**Count II Plaintiffs**

| **Name** | **Amount of Restitution** |
|---|---|
| Pauline S. Hovis | $20,000.00 |
| c/o Janet Henry | |
| Mrs. Clarence B. Jones | $130,000.00 |
| Patricia Austin Nussbaum Sevier | $100,000.00 |
| Trustee of the Family Trust u/w of Victor M. Nussbaum, Jr. | |
| Estate of Sarah Hutchens Brinson | $250,000.00 |
| c/o Sarah B. Cunningham | |
| Estate of Anita P. Burge Burton | $150,000.00 |
| Bonnie B. Hammond, Executrix | |
| Prime Bank | $2,019,970.00 |
| Kendall DeMatteo Berkey | $180,030.00 |
| | $116,666.67 |
| | $296,696.67 |
| Gene DeMatteo, Jr. | $116,666.67 |
| Robin DeMatteo | $116,666.67 |
| Elizabeth DeMatteo Falcone | $116,666.67 |
| Cynthia Ann Falconer | $116,666.67 |
| Kevin DeMatteo | $116,666.67 |
| Estate of Katherine Preyer DeMatteo | $100,000.00 |

John Peter Preyer & Allan Talmage Preyer III, Co-Adminstrators CTA
Rita A. Gallos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250,000.00
Estates of John H. and Antoinette B. Thomas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
J. Christopher Thomas, Executor
Alice W. Thomason . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,000,000.00
J.S. Brody Remaindermen, LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350,000.00

Estate of D.D. Cameron . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200,000.00
William H. Cameron, Executor
Marsha Shiff, Marilyn Lane, and Hynda Dalton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
Estate of Joan S. Hilson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
c/o Sonhil Associates
c/o John S. Pyne
Elizabeth G. Kavanagh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200,000.00
Mary Cannon Morris Charitable Foundation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,000,000.00
Estate of Earl F. Slick . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250,000.00
**TOTAL RESTITUTION FOR COUNT II PLAINTIFFS: $7,200,000.00**

**Count III Plaintiffs**

**Name** **Amount of Restitution**
Louise C. Palmer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00
Ann. L. Brenner, Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
QTIP Trust f/b/o Ann L. Brenner
Ms. Allan C. Hollan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
David A. Irvin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00
John L.W. Garrou . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $30,000.00
Sandra K. Gallant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00
via Wachovia Bank & Trust (NC6778) as Successor Trustee
Under Agreement Dated 4/13/1987
John T. Eagan, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $75,000.00
Ralph H. Womble . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $30,000.00
Martha H. Womble 2006 Revocable Trust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00
Joan W. Stone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
Calder W. Womble 2006 Revocable Trust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
Edith Womble . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $40,000.00
Gwyn Womble Dunn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
Jane Womble Haver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
William F. Womble . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
William F. Womble, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
Louise M. Womble . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
Ann W. Strader . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00
JCP Associates Partnership and Jose Soriano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,000,000.00
Diane S. Brumback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00

| | |
|---|---|
| George R. Brumback | $25,000.00 |
| TG Partners | $250,000.00 |
| Amy J. Pollinger | $100,000.00 |
| Lucy L. Klingenstein | $100,000.00 |
| Kathy K. Klingenstein | $100,000.00 |
| Nancy K. Simpkins | $100,000.00 |
| Susan Klingenstein | $100,000.00 |
| Raymond A. Tiernan,<br>Trustee of the Raymond A. Tiernan IRA | $25,000.00 |

**TOTAL RESTITUTION FOR COUNT III PLAINTIFFS:** $3,775,000.00

**TOTAL RESTITUTION FOR PLAINTIFFS IN COUNTS I THRU III: $26,025,250.00**

The Clerk is directed to enter judgment accordingly.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge