**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 95-250C (Senior Judge Loren A. Smith) |

JOINT MOTION TO CLARIFY AND CORRECT
ORDER DATED DECEMBER 7, 2007

On December 7, 2007, this court ordered the entry of a final judgment in the above captioned case pursuant to Plaintiffs' November 30, 2007 Notice of Filing of Second Amended Complaint and Motion For Entry Of Partial Judgment Under Rule 54(b) ("Notice of Filing"). While the order appears to suggest that the Government consented to the entry of judgment, in fact the Government opposed the entry of judgment in favor of the investors and sought summary judgment in favor of the Government. Once the Court awarded summary judgment in favor of the investors with standing and the parties were able to agree on the identities and investments of the parties with standing (including legal successors in interest) pursuant to the Court's May 11, 2007 order, the Government consented only to the identities and investments of the parties with standing but not to the entry of judgment. Indeed, as the parties recognized in their filings concerning the entry of judgment, the Government intends to appeal the judgment in the investors' favor upon grounds other than standing and only consents to the identities and investments of the investors with standing (including legal successors in interest).

In view of the above, we respectfully request that the order be clarified to indicate that

the Government's consent pertains only to the identities and investments of the parties with standing. Further, we respectfully request that the order be clarified to indicate that judgment is entered on the entire complaint pursuant to the May 11, 2007 order.

Respectfully submitted,

MICHAEL HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0309
Fax: (202) 514-7965

Attorneys For Defendant

s/ Jerry Stouck
Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751

Counsel of Record for
1st Home Liquidating Trust and
William E. Stone and
Everette E. Mills, III, Trustees.

Date: December 12, 2007

**CERTIFICATE OF FILING**

I hereby certify that on December 12, 2007, a copy of the foregoing "Joint Motion To Clarify And Correct Order Dated December 7, 2007" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ David A. Levitt