# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
1ST HOME LIQUIDATING TRUST, et al., *

*Plaintiffs*, * No. 95-250 C

v. * Filed: December 12, 2007

THE UNITED STATES, * Senior Judge Smith

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Motion to Clarify and Correct the Court Order dated December 7, 2007, the Court hereby Clarifies the Order to reflect that the Government's consent pertains only to the identities and investments of the parties. The judgment is also entered on the entire complaint pursuant to the May 11, 2007 order.

The Clerk is directed to enter judgment accordingly.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge