# In the United States Court of Federal Claims

**No. 95-250 C**

**1ST HOME LIQUIDATING TRUST, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's May 11, 2007 Opinion, December 7, 2007 Amended Order, and Order filed this date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States as follows:

| ***Name (Count I Plaintiffs)*** | ***Amount of Restitution*** |
|---|---|
| Susan T. and E.S. Melvin | $200,000.00 |
| Dee Smith and Jeanine M. Smith | $200,000.00 |
| Rodney E. Austin | $30,000.00 |
| Murray C. Greason, Jr. | $15,000.00 |
| LasaHane Investments | $200,000.00 |
| Albert S. Lineberry, Sr. | $100,000.00 |
| Mrs. Clarence B. Jones | $70,000.00 |
| James B. Millikan | $30,000.00 |
| James C. Ratcliff | $10,000.00 |
| Jule C. Spach | $10,000.00 |

| | |
|---|---|
| Louis C. Stephens, Jr. And Mary Adams Stephens | $100,000.00 |
| Henry V. Cunningham, Jr. and Sarah B. Cunningham | $75,000.00 |
| Marvin L. Ferrel, Jr. | $35,000.00 |
| William C. Fitzgerald, III and Carolyn N. Fitzgerald | $250.00 |
| Robert L. Kitterman | $25,000.00 |
| James E. Mims | $30,000.00 |
| James E. Mimsm James E. Mims IRA via MLPF&S, Cust. | $70,000.00 |
| Erline K. Mize and William R. Mize, Sr. | $20,000.00 |
| Thomas G. Nisbet, Jr. | $2,000.00 |
| Charles P. Robinson | $10,000.00 |
| William E. Stone | $5,000.00 |
| Larry J.A. Thompson | $75,000.00 |
| Brown Technology Associated, L.P. | $138,000.00 |
| Joseph M. Bryan, Jr. | $500,000.00 |
| Lester R. Burnette | $250,000.00 |
| John W. Davis, III | $25,000.00 |
| David R. Parker R-IRA via DB Securities Inc., Cust. | $50,000.00 |
| Manuel V. Fernandez and Alma J. Fernandez | $750,000.00 |
| Charles T. Hagan III, Trustee | $50,000.00 |
| Michael W. Haley | $250,000.00 |
| H. Curte Hege, Sr. | $250,000.00 |
| James E. Holmes, Jr. | $100,000.00 |
| Investors Management Corporation | $500,000.00 |
| National Investors | $300,000.00 |
| Dan R. Thomason, Jr. | $1,000.000.00 |

| | |
|---|---|
| Elizabeth L. Winn | $25,000.00 |
| James J. Winn, Jr. | $25,000.00 |
| Young Phillips Employee Profit Sharing Plan | $250,000.00 |
| F. James Becher, Jr. | $40,000.00 |
| Carolina Hosiery Mills, Inc. Employees Profit Sharing Trust | $250,000.00 |
| George E. Carr, Jr. | $5,000.00 |
| Avery Chope | $5,000.00 |
| Alan D. Cohn | $50,000.00 |
| JoAnn Davis | $500,000.00 |
| Hyatt Hammond and Bonnie B. Hammond | $100,000.00 |
| Richard G. Kelley | $5,000.00 |
| Andrew D. Klingenstein, John Klingenstein, and Stanley W. Morten, Trustees u/a dtd. 11/6/1979 | $100,000.00 |
| Frederick A. Klingenstein | $300,000.00 |
| John Klingenstein | $300,000.00 |
| Patricia D. Klingenstein | $100,000.00 |
| Sarah D. Klingenstein, John Klingenstein, and Frederick A. Klingenstein, Trustees u/a dtd 7/1/1985 | $100,000.00 |
| Sharon L. Klingenstein | $100,000.00 |
| Thomas D. Klingenstein | $350,000.00 |
| Maurice J. Koury | $150,000.00 |
| Robert C. Lock | $500,000.00 |
| Roy Maness | $5,000.00 |
| McMillion/Eubanks, Inc. | $200,000.00 |
| McMillion/Eubanks, Inc. Employee Profit-Sharing Plan | $50,000.00 |

| | |
|---|---|
| Madeline J. Mills, Custodian for Clarence Blake Mills | $12,500.00 |
| Madeline J. Mills, Custodian for William Everette Mills | $12,500.00 |
| Everette E. Mills, III | $50,000.00 |
| William G. Moore | $10,000.00 |
| Okabena Partnership V-4 | $400,000.00 |
| Chester T. Nuttall, Jr. | $450,000.00 |
| William G. Pannill | $1,000.000.00 |
| William L. Pannill | $500,000.00 |
| Queen Realty Company | $50,000.00 |
| Ovide E. De St. Aubin, Trustee of Trust #2 Under Article 7 u/w/o Ovide de St. Aubin, Jr. Dtd. 10/21/1966 | $1,475,000.00 |
| M. Willard Tucker | $5,000.00 |
| Sit Investment Associates, Inc. | $200,000.00 |
| H. Michael Weaver | $300,000.00 |
| RTP Limited Partnership | $1,500,000.00 |
| **TOTAL RESTITUTION FOR COUNT I PLAINTIFFS** | **$15,050,250.00** |
| | |
| ***Name (Count II Plaintiffs)*** | ***Amount of Restitution*** |
| Pauline S. Hovis, c/o Janet Henry | $20,000.00 |
| Mrs. Clarence B. Jones | $130,000.00 |
| Patricia Austin Nussbaum Sevier, Trustee of the Family Trust u/w of Victor M. Nussbaum, Jr. | $100,000.00 |
| Estate of Sarah Hutchens Brinson c/o Sarah B. Cunningham | $250,000.00 |

| | |
|---|---|
| Estate of Anita P. Burge Burton, Bonnie B. Hammond, Executrix | $150,000.00 |
| Prime Bank | $2,019,970.00 |
| Kendall DeMatteo Berkey | $180,030.00<br>$116,666.67 |
| Gene DeMatteo, Jr. | $116,666.67 |
| Robin DeMatteo | $116,666.67 |
| Elizabeth DeMatteo Falcone | $116,666.67 |
| Cynthia Ann Falconer | $116,666,67 |
| Kevin DeMatteo | $116,666,67 |
| Estate of Katherine Preyer DeMatteo, John Peter Preyer & Allan Talmage Preyer III, Co-Administrators CTA | $100,000.00 |
| Rita A. Gallos | $250,000.00 |
| Estates of John H. And Antoinette B. Thomas, J. Christopher Thomas, Executor | $100,000.00 |
| Alice W. Thomason | $1,000,000.00 |
| J.S. Brody Remaindermen, LLC | $350,000.00 |
| Estate of D.D. Cameron, William H. Cameron, Executor | $200,000.00 |
| Marsha Shiff, Marilyn Lane, and Hynda Dalton | $100,000.00 |
| Estate of Joan S. Hilson, c/o Sonhil Associates, c/o John S. Pyne | $100,000.00 |
| Elizabeth G. Kavanaugh | $200,000.00 |
| Mary Cannon Morris Charitable Foundation | $1,000,000.00 |
| Estate of Earl F. Slick | $250,000.00 |
| **TOTAL RESTITUTION FOR COUNT II PLAINTIFFS** | **$7,200,000.00** |
| | |

| ***Name (Count III Plaintiffs)*** | ***Amount of Restitution*** |
|---|---|
| Louise C. Palmer | $50,000.00 |
| Ann L. Brenner, Trustee, QTIP Trust f/b/o Ann L. Brenner | $100,000.00 |
| Ms. Allan C. Hollan | $100,000.00 |
| David A. Irvin | $50,000.00 |
| John L.W. Garrou | $30,000.00 |
| Sandra K. Gallant, via Wachovia Bank & Trust (NC6778) as Successor Trustee Under Agreement Dated 4/13/1987 | $50,000.00 |
| John T. Eagan, Jr. | $75,000.00 |
| Ralph H. Womble | $30,000.00 |
| Martha H. Womble 2006 Revocable Trust | $50,000.00 |
| Joan W. Stone | $25,000.00 |
| Calder W. Womble 2006 Revocable Trust | $100,000.00 |
| Edith Womble | $40,000.00 |
| Gwyn Womble Dunn | $25,000.00 |
| Jane Womble Haver | $25,000.00 |
| William F. Womble | $100,000.00 |
| William F. Womble, Jr. | $25,000.00 |
| Louise M. Womble | $25,000.00 |
| Ann W. Strader | $50,000.00 |
| JCP Associates Partnership and Jose Soriano | $2,000,000.00 |
| Diane S. Brumback | $25,000.00 |
| George R. Brumback | $25,000.00 |
| TG Partners | $250,000.00 |
| Amy J. Pollinger | $100,000.00 |

| | |
|---|---|
| Lucy L. Klingenstein | $100,000.00 |
| Kathy K. Klingenstein | $100,000.00 |
| Nancy K. Simpkins | $100,000.00 |
| Susan Klingenstein | $100,000.00 |
| Raymons A. Tiernan, Trustee of the Raymond A. Tiernan IRA | $25,000.00 |
| **TOTAL RESTITUTION FOR COUNT III PLAINTIFFS:** | **$3,775,000.00** |
| | |
| **TOTAL RESTITUTION FOR PLAINTIFFS IN COUNTS I THRU III:** | **$26,025,250.00** |

Brian Bishop
Clerk of Court

**December 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.