**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Filed Electronically: December 14, 2007

| | |
|---|---|
| 1ST HOME LIQUIDATING TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-250C<br>(Senior Judge Loren A. Smith) |

CONSENT MOTION TO CORRECT JUDGMENT

Plaintiffs 1st Home Liquidating Trust and its Trustees hereby request that the Judgment entered December 13, 2007 be corrected pursuant to Court of Federal Claims Rule ("RCFC") 60(a) to rectify the following clerical mistakes: (1) in Count I, "James E. Mimsm, James E. Mims IRA via MLPF&S, Cust." should read "James E. Mims, James E. Mims IRA via MLPF&S, Cust.," (2) in Count I, "Richard G. Kelley" should read "Robert G. Kelley,"(3) in Count I, "Andrew D. Klingenstein, John Klingenstein, and Stanley W. Morten, Trustees u/a dtd. 11/6/1979" should read "Andrew D. Klingenstein, John Klingenstein, and Stanley W. Morten, Trustees u/a dtd. 11/6/1979 f/b/o Andrew D. Klingenstein," (4) in Count I, "Sarah D. Klingenstein, John Klingenstein, and Frederick A. Klingenstein, Trustees u/a dtd 7/1/1985" should read "Sarah D. Klingenstein, John Klingenstein, and Frederick A. Klingenstein, Trustees u/a dtd 7/1/1985 f/b/o Sarah D. Klingenstein," and (5) in the second line, "Order filed this date" should read "Order filed on December 12, 2007."

Additionally, one plaintiff and corresponding amount of restitution listed in the Amended Order filed December 7, 2007 was omitted from the Judgment. Plaintiffs, therefore, also request correction of the Judgment to conform to that Order by adding Richard T. Howard to Count I with a corresponding amount of restitution of $100,000.00.

Undersigned counsel has conferred with counsel for the United States, David Levitt, and based on that discussion the undersigned is authorized to state that the government consents to the above listed corrections.

The Plaintiffs, therefore, request that the Court enter a corrected Judgment reflecting the changes set forth above.

Respectfully submitted,

December 14, 2007

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 500
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751

Counsel of Record for
1st Home Liquidating Trust,
William E. Stone and
Everette E. Mills, III

*WDC 371,551,357v1 12/14/2007*