# In the United States Court of Federal Claims

| | | |
|---|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., | | |
| *Plaintiffs*, | | No. 95-250 C |
| v. | | Filed: January 4, 2008 |
| THE UNITED STATES, | | Senior Judge Smith |
| *Defendant*. | | |

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Consent Motion to Correct the Judgment.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge