ORIGINAL

FILED
MAR 7 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 95-250C (Senior Judge Smith) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the corrected judgment in No. 95-250C, entered on January 9, 2008, including (but not limited to): (1) the corrected judgment in No. 95-250C, entered on January 9, 2008; (2) the judgment in No. 95-250C, entered on December 13, 2007; (3) the unpublished opinion and order in No. 95-250C, entered on December 12, 2007; (4) the unpublished amended order in No. 95-250C, entered on December 7, 2007; (5) the order in No. 95-250C, entered on October 3, 2007; and, (6) the published opinion and order in No. 95-250C, entered on May 11, 2007.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

KENNETH M. DINTZER
Assistant Director

David A. Levitt / by John J. Todor

OF COUNSEL:
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 307-0309
Fax: (202) 514-7763

March 7, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2008, I caused to be served by facsimile and placed in the United States mail (postage pre-paid) copies of "DEFENDANT'S NOTICE OF APPEAL" addressed as follows:

Jerry Stouck
Greenberg Traurig, LLP
2101 L. Street, N.W.
Suite 500
Washington, D.C. 20037

Monica A. Davis