COPY

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

February 25, 2008

Jerry Stouck, Esq.

Greenberg Traurig

2101 L Street, NW

Suite 1000

Washington, DC 20037

In re: 1st Home Liquidating Trust, et al. v. United States, No. 95-250 C

Dear Mr. Stouck:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated January 9, 2008, in favor of plaintiffs, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: David Alan Levitt, Esq., Dept. Of Justice