#069849

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 19 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1ST HOME LIQUIDATING TRUST, et al., Plaintiffs v. THE UNITED STATES, Defendants. | No. 95-250C (Senior Judge Smith) |

# NOTICE OF CROSS-APPEAL

Notice is hereby given that plaintiffs 1ST Home Liquidating Trust and its Trustees Everette E. Mills, III and William E Stone, appeal to the United States Court of Appeals for the Federal Circuit from the corrected judgment in No. 95-250C, entered on January 9, 2008, including (but not limited to): (1) the corrected judgment in No. 95-250C, entered on January 9, 2008; (2) the judgment in No. 95-250C, entered on December 13, 2007; (3) the unpublished order and amended order in No. 95-250C, both entered on December 7, 2007; and , (4) the published opinion and order in No. 95-250C, entered on May 11, 2007.

Dated: March 19, 2008

Respectfully submitted,

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 phone
(202) 261-4751 facsimile
Counsel for Cross-Appellants
1ST Home Liquidating Trust,
Everette E. Mills, III, Trustee,
and William E. Stone, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2008, I caused to be served by facsimile and placed in the United States mail (postage pre-paid) copies of the Notice of Cross-Appeal. addressed as follows:

David Leavitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch/Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Attn: Classification Unit, 8th Floor

Jerry Stouck